UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN

| | |
|---|---|
| REVZIP, LLC, *et al.* )<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>Michael McDonnell, *et al.* )<br>)<br>  Defendants. ) | CASE NO. 3:19-cv-00191-KRG<br>HON. KIM R. GIBSON |

| | |
|---|---|
| **Briar Siljander (PA 327132)**<br>**TRIO LAW PLC**<br>*Attorneys for Plaintiffs*<br>376 Beach Farm Cir. #1269<br>Highland, MI 48356<br>(248) 529-6730<br>briar@triolawplc.com | **Philip K. Miles III, Esquire (PA 209425)**<br>**Ethan V. Wilt (PA 325661)**<br>**MCQUAIDE BLASKO, INC.**<br>*Attorneys for Defendants*<br>Michael McDonnell, Christopher McDonnell<br>Jacob Bearer, Dana Bearer, and<br>Supreme Fundraising and Catering, LLC and<br>John Wesley Cook<br>811 University Drive<br>State College, PA 16801<br>(814) 238-4926<br>pkmiles@mqblaw.com<br>evwilt@mqblaw.com |

**STIPULATED ORDER FOR EXTENSION
OF DISCOVERY CUTOFF DEADLINE**

At a session of said Court held in the U.S. Courthouse in the County of Cambria and State of Pennsylvania on: _____

PRESENT: _____
HON. KIM R. GIBSON
U.S. DISTRICT COURT JUDGE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, and the Court being fully advised in the premises, that the Discovery Cutoff

deadline of September 30, 2021 is hereby extended for good cause in order to allow sufficient time for discovery.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the Discovery deadline of September 30, 2021 be extended until December 1, 2021 to allow proper discovery.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiffs hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**IT IS SO ORDERED.**

The parties shall *complete discovery* in the matter by no later than *December 1, 2021*.

Dated: _____

_____
**HON. KIM R. GIBSON**
US DISTRICT COURT JUDGE

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| */s/Briar Siljander* | */s/ Ethan V. Wilt (w/permission)* |
| Briar Siljander (PA 327132) | Ethan V. Wilt (PA 325661) |
| TRIO LAW PLC | MCQUAIDE BLASKO, INC. |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| 376 Beach Farm Cir. #1269 | Michael McDonnell, Christopher McDonnell, |
| Highland, MI 48356 | Jacob Bearer, Dana Bearer, and |
| (248) 529-6730 | Supreme Fundraising and Catering, LLC |
| briar@triolawplc.com | 811 University Drive |
| | State College, PA 16801 |
| | (814) 238-4926 |
| | evwilt@mqblaw.com |

Dated:  September 27, 2021