UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN

REVZIP, LLC, *et al.*                           )
                                                )
          Plaintiffs,                           )   CASE NO. 3:19-cv-00191-KRG
                                                )   HON. KIM R. GIBSON
v.                                              )
                                                )
Michael McDonnell, *et al.*                     )
                                                )
          Defendants.                           )

---

**Briar Siljander (PA 327132)**
**TRIO LAW PLC**
*Attorneys for Plaintiffs*
376 Beach Farm Cir. #1269
Highland, MI 48356
(248) 529-6730
briar@triolawplc.com

**Philip K. Miles III, Esquire (PA 209425)**
**Ethan V. Wilt (PA 325661)**
**MCQUAIDE BLASKO, INC.**
*Attorneys for Defendants*
Michael McDonnell, Christopher McDonnell
Jacob Bearer, Dana Bearer, and
Supreme Fundraising and Catering, LLC and
John Wesley Cook
811 University Drive
State College, PA 16801
(814) 238-4926
pkmiles@mqblaw.com
evwilt@mqblaw.com

---

## STIPULATED ORDER FOR EXTENSION
## OF DISCOVERY CUTOFF DEADLINE

At a session of said Court held in the U.S. Courthouse
in the County of Cambria and State of Pennsylvania on:

_September 28, 2021_

PRESENT: _____

HON. KIM R. GIBSON
U.S. DISTRICT COURT JUDGE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their

respective counsel, and the Court being fully advised in the premises, that the Discovery Cutoff

deadline of September 30, 2021 is hereby extended for good cause in order to allow sufficient time for discovery.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the Discovery deadline of September 30, 2021 be extended until December 1, 2021 to allow proper discovery.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiffs hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**IT IS SO ORDERED.**

The parties shall *complete discovery* in the matter by no later than *December 1, 2021.*

Dated: September 28, 2021

**HON. KIM R. GIBSON**
US DISTRICT COURT JUDGE

**STIPULATED AND AGREED TO:**

/s/ Briar Siljander
Briar Siljander (PA 327132)
TRIO LAW PLC
*Attorneys for Plaintiffs*
376 Beach Farm Cir. #1269
Highland, MI 48356
(248) 529-6730
briar@triolawplc.com

/s/ Ethan V. Wilt (w/permission)
Ethan V. Wilt (PA 325661)
MCQUAIDE BLASKO, INC.
*Attorneys for Defendants*
Michael McDonnell, Christopher McDonnell,
Jacob Bearer, Dana Bearer, and
Supreme Fundraising and Catering, LLC
811 University Drive
State College, PA 16801
(814) 238-4926
evwilt@mqblaw.com

Dated:  September 27, 2021