IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REVZIP, LLC, and POWER HOUSE        :
SUBS CORPORATE, LLC,               :        Case No. 3:19-cv-0191-KRG
                                       :
           Plaintiffs,        :        Judge Kim R. Gibson
      v.                           :
                                       :
Michael McDonnell d/b/a Subpreme    :
Fundraising and Catering, Christopher   :
McDonnell, Jacob Bearer, Dana Bearer,   :
Supreme Fundraising and Catering,      :
LLC, a Pennsylvania limited liability     :
company, Power House Enterprises,      :
LLC, a Pennsylvania limited liability     :
company, Power House II, LLC, a         :
Pennsylvania limited liability company,   :
Power House Catering, LLC, a           :
Pennsylvania limited liability company,   :
and John Wesley Cook.                :
                                       :
          Defendants.       :
                                       :
                                       :

## MOTION TO WITHDRAW APPEARANCE

In accordance with Local Rule 83.2.C.4, the undersigned, Ethan V. Wilt, hereby moves to withdraw his appearance on behalf of Defendants Michael McDonnell d/b/a Subpreme Fundraising and Catering, Christopher McDonnell, Jacob Bearer, Dana Bearer, and Supreme Fundraising and Catering, LLC (collectively, "Defendants") in the above-captioned matter.  In support of said Motion, it is averred as follows:

1.  This action was commenced by Plaintiffs' Complaint, originally filed in this Court on November 6, 2019 (ECF No. 1).

2.  On December 3, 2019, the undersigned attorney, Ethan V. Wilt, of McQuaide

Blasko, Inc., entered his appearance as co-counsel on behalf of Defendants. (ECF No. 23).

3.  Lead counsel for Defendants in this matter is Philip K. Miles, III, of the

McQuaide Blasko law firm. Attorney Miles entered his appearance for Defendants on

November 21, 2019. (ECF No. 15). Therefore, no substitute appearance of counsel for

Defendants is necessary.

4.  The undersigned attorney, Ethan V. Wilt, has accepted a position with the

Huntingdon County District Attorney's Office, and will begin employment with the

District Attorney's Office on November 1, 2021.

5.  The undersigned hereby requests that his entry of appearance in this matter be

withdrawn.

WHEREFORE, pursuant to Local Rule 83.2.C.4, Ethan V. Wilt respectfully requests

that this Court enter an Order granting his Motion to Withdraw Appearance on behalf

of Defendants.

McQUAIDE BLASKO, INC.

Dated:  October 28, 2021            By: /s/Ethan V. Wilt
                                         Ethan V. Wilt, Esquire
                                         Pa. Supreme Court I.D. #325661
                                         evwilt@mqblaw.com
                                         Philip K. Miles III, Esquire
                                         Pa. Supreme Court I.D. #209425
                                         pkmiles@mqblaw.com
                                         811 University Drive
                                         State College, PA  16801
                                         (814) 235-2222
                                         Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REVZIP, LLC, and POWER HOUSE<br>SUBS CORPORATE, LLC, | : | Case No. 3:19-cv-0191-KRG |
| | : | |
| Plaintiffs, | : | Judge Kim R. Gibson |
| v. | : | |
| | : | |
| Michael McDonnell d/b/a Subpreme | : | |
| Fundraising and Catering, Christopher | : | |
| McDonnell, Jacob Bearer, Dana Bearer, | : | |
| Supreme Fundraising and Catering, | : | |
| LLC, a Pennsylvania limited liability | : | |
| company, Power House Enterprises, | : | |
| LLC, a Pennsylvania limited liability | : | |
| company, Power House II, LLC, a | : | |
| Pennsylvania limited liability company, | : | |
| Power House Catering, LLC, a | : | |
| Pennsylvania limited liability company, | : | |
| and John Wesley Cook. | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of my Motion to Withdraw Appearance on behalf of Defendants in the above-captioned matter was served via ECF and/or US Mail on this 28th day of October, 2021, to the following attorney/parties of record:

| | |
|---|---|
| Briar Siljander, Esquire | Power House II, LLC |
| Trio Law PLC | Power House Catering, LLC |
| 376 Beach Farm Cir. #1269 | 210 East Plank Road, Suite 15 |
| Highland, MI 48356 | Altoona, PA  16602 |
| (248) 529-6730 | |
| Email: briar@triolawplc.com | |

By: /s/Ethan V. Wilt
Ethan V. Wilt, Esquire
Pa. Supreme Court I.D. #325661
evwilt@mqblaw.com
811 University Drive
State College, PA  16801
(814) 235-2222
Fax: (814) 238-9624
Attorneys for Defendants