IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REVZIP, LLC, and POWER HOUSE SUBS CORPORATE, LLC, | : | Case No. 3:19-cv-0191-KRG |
| | : | |
| Plaintiffs, | : | Judge Kim R. Gibson |
| v. | : | |
| | : | |
| Michael McDonnell d/b/a Subpreme Fundraising and Catering, Christopher McDonnell, Jacob Bearer, Dana Bearer, Supreme Fundraising and Catering, LLC, a Pennsylvania limited liability company, Power House Enterprises, LLC, a Pennsylvania limited liability company, Power House II, LLC, a Pennsylvania limited liability company, Power House Catering, LLC, a Pennsylvania limited liability company, and John Wesley Cook. | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of Ethan V. Wilt's Motion to Withdraw Appearance, it is hereby ORDERED and DECREED that said Motion is GRANTED.

BY THE COURT:

_____
Judge Kim R. Gibson
U.S. District Court Judge