IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REVZIP, LLC, and POWER HOUSE : 
SUBS CORPORATE, LLC, :      Case No. 3:19-cv-0191-KRG
  :
  Plaintiffs, :      Judge Kim R. Gibson
  v. :
  :
Michael McDonnell d/b/a Subpreme :
Fundraising and Catering, Christopher :
McDonnell, Jacob Bearer, Dana Bearer, :
Supreme Fundraising and Catering, :
LLC, a Pennsylvania limited liability :
company, Power House Enterprises, :
LLC, a Pennsylvania limited liability :
company, Power House II, LLC, a :
Pennsylvania limited liability company, :
Power House Catering, LLC, a :
Pennsylvania limited liability company, :
and John Wesley Cook. :
  :
  Defendants. :

## ORDER

AND NOW, this 29th day of October , 2021, upon

consideration of Ethan V. Wilt's Motion to Withdraw Appearance, it is hereby

ORDERED and DECREED that said Motion is GRANTED.

BY THE COURT:

Judge Kim R. Gibson
U.S. District Court Judge